# EXHIBIT A

WEISBERG LAW
Matthew B. Weisberg, Esquire
Attorney ID No. 85570
David A. Berlin, Esquire
Attorney ID No. 314400
7 South Morton Ave.
Morton, PA 19070
610-690-0801
Fax: 610-690-0880

SCHAFKOPF LAW LLC
Gary Schafkopf, Esquire
Attorney ID No. 83362
11 Bala Ave
Bala Cynwyd, PA 19004
610-664-5200 Ext 104
Fax: 888-283-1334

*Filed and Attested by the
Office of Judicial Records
25 MAR 2025 08:12 pm
S. GILLIAM*

*Attorneys for Plaintiff*

| | | |
|---|---|---|
| **JOHN MORENO**<br>2947 S. 13 Street<br>Philadelphia, PA 19148 | : <br> : <br> : | PHILADELPHIA COUNTY COURT OF<br>COMMON PLEAS |
| Plaintiff<br>v. | : <br> : <br> : <br> : | December Term, 2024<br>No. 241201340 |
| **CITY OF PHILADELPHIA d/b/a**<br>**DEPARTMENT OF LICENSES AND**<br>**INSPECTIONS**<br>1514 Cecil B. Moore Avenue<br>Philadelphia, PA 19121 | : <br> : <br> : <br> : <br> : | **Jury of Twelve (12) Jurors Demanded** |
| Defendant. | : | |

1

Case ID: 241201340

**NOTICE TO DEFEND**

| NOTICE | AVISO |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.<br>YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.<br>IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.<br><br><br>Philadelphia Bar Association<br>One Reading Center<br>11th & Market Streets<br>Philadelphia, PA 19107<br>215-238-6333 | Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas ex-puestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.<br>USTED LE DEBE TOMAR ESTE PAPEL A SU ABOGADO INMEDIATAMENTE. SI USTED NO TIENE A UN ABOGADO, VA A O TELEFONEA LA OFICINA EXPUSO ABAJO. ESTA OFICINA LO PUEDE PROPORCIONAR CON INFORMATION ACERCA DE EMPLEAR A UN ABOGADO. SI USTED NO PUEDE PROPORCIONAR PARA EMPLEAR UN ABOGADO, ESTA OFICINA PUEDE SER CAPAZ DE PROPORCIONARLO CON INFORMACION ACERCA DE LAS AGENCIAS QUE PUEDEN OFRECER LOS SERVICIOS LEGALES A PERSONAS ELEGIBLES EN UN HONORARIO REDUCIDO NI NINGUN HONORARIO.<br><br><br>Philadelphia Bar Association<br>One Reading Center<br>11th & Market Streets<br>Philadelphia, PA 19107<br>215-238-6333 |

2

Case ID: 241201340

WEISBERG LAW
Matthew B. Weisberg, Esquire
Attorney ID No. 85570
David A. Berlin, Esquire
Attorney ID No. 314400
7 South Morton Ave.
Morton, PA 19070
610-690-0801
Fax: 610-690-0880

SCHAFKOPF LAW LLC
Gary Schafkopf, Esquire
Attorney ID No. 83362
11 Bala Ave
Bala Cynwyd, PA 19004
610-664-5200 Ext 104
Fax: 888-283-1334

*Attorneys for Plaintiff*

| | | |
|---|---|---|
| **JOHN MORENO**<br>2947 S. 13 Street<br>Philadelphia, PA 19148 | : <br> : <br> : | PHILADELPHIA COUNTY COURT OF<br>COMMON PLEAS |
| Plaintiff | : <br> : | December Term, 2024<br>No. 241201340 |
| v. | : <br> : | |
| **CITY OF PHILADELPHIA d/b/a**<br>**DEPARTMENT OF LICENSES AND**<br>**INSPECTIONS**<br>1514 Cecil B. Moore Avenue<br>Philadelphia, PA 19121 | : <br> : <br> : <br> : <br> : <br> : | **Jury of Twelve (12) Jurors Demanded** |
| Defendant. | : | |

## CIVIL ACTION COMPLAINT

### Parties, Jurisdiction, and Venue

1. Plaintiff, John Moreno, is an adult individual residing at the above-captioned address.

2. Defendant, City of Philadelphia d/b/a/ Department of Licenses and Inspections (L&I), is a city-run and funded department located at the above-captioned address.

3. Jurisdiction and venue are proper as all events underlying this action occurred in Philadelphia County.

### Operative Facts

4. On or about April 4, 2019, Plaintiff purchased the real property located at 3121 Wharton Street, Philadelphia, Penns., 19146 ("subject property") for $110,000.

3

Case ID: 241201340

5. On September 7, 2022, L&I inspected or investigated the property, found various conditions that violated the Philadelphia Administrative Code and Philadelphia Property Maintenance Code, and deemed the property Imminently Dangerous. A copy of the Violation is attached hereto as Exhibit A.

6. After several attempts, on December 1, 2022, Plaintiff secured a Make Safe Permit for the subject property. A copy of the permit is attached hereto as Exhibit 'B'.

7. Plaintiff immediately began cleaning debris from the property that would have obstructed the construction required the Make Safe Permit from being performed.

8. Plaintiff purchased several thousand dollars in materials to begin construction.

9. Unbeknownst to Plaintiff, on January 13, 2023, L&I expired Plaintiff's Make Safe Permit and put out a bid for demolition contractors for the subject property.

10. Plaintiff never received any notice of the change in his permit status or of the City's decision to proceed with demolition.

11. Plaintiff never received notice of L&I's decision.

12. On or about January 28, 2023, Plaintiff's contractors were working at the subject property on the items outlined in the Make Safe Permit.

13. That day, the demolition contractor from the City showed up at the subject property and began demolition.

14. Upon information and belief, no notice of demolition was posted at the property by the demolition contractor as required by The Philadelphia Code.

15. Plaintiff informed the demolition contractor that he would be seeking an injunction.

16. On January 30, 2023, Plaintiff filed *pro se* a Motion for Stay of Demolition. A copy of his Motion is attached hereto as Exhibit 'C'.

4

Case ID: 241201340

17. Plaintiff also applied for a new Make Safe Permit.

18. On February 1, 2023, a hearing was held before the Honorable Joshua Roberts of the Philadelphia Court of Common Pleas.

19. Plaintiff and Inspector Thomas Rybakowski from L&I testified at the hearing.

20. According to Mr. Rybakowski, the permit was expired for failing to schedule an inspection, not due to the condition of the property.

21. Following the hearing, Judge Roberts denied Plaintiff's Motion.

22. The remaining structure on the subject property was demolished.

23. The L&I is bound by the Philadelphia Code which outlines the steps L&I must take when it decides to demolish a citizen's property.

24. The procedures outlined in the Philadelphia Code are required to be implemented by the City by and through its agents at L&I and related City agencies.

25. Despite the Philadelphia Code's requirements, the City, through its agents, has repeatedly disregarded the Code.

26. The City's decision to demolish a property without adhering to the written policies in the Code was made in accordance with an unofficial "custom" or "policy".

27. Upon information and belief, the Mayor, in conjunction with the City Council, knew of and acquiesced to the aforesaid custom or policy.[1]

28. At all times material hereto, the City failed to serve Plaintiff with notice of the impending demolition.

29. In 2022, the City assessed the value of the subject property for tax purposes to be $66,700. In 2023, it assessed the value to be $107,100.

---

[1] *See, Gordon v. City of Philadelphia,* No. CIV A 07-5039, 2009 WL 2710247 (E.D. Pa. Aug. 28, 2009) (recognizing the City's unconstitutional policy with respect to noticing the demolition of properties).

5

Case ID: 241201340

30. As a direct and proximate result of the City's custom or policy, Plaintiff lost the value of his real property.

**Claims**
**Count I**
**42 U.S.C. § 1983**
***Monell***

31. The foregoing paragraphs are hereby incorporated as if set forth fully herein.

32. Procedural due process requires that a governmental deprivation of a protected interest be preceded by notice and an opportunity to be heard. *See* U.S. Const. amend XIV, §1.

33. The unofficial custom or policy maintained by the City caused Plaintiff to be denied his procedural due process rights.

34. Plaintiff began making material changes to the subject property before L&I expired the permit without notice.

35. Plaintiff was not given notice of the expired permit, thus denied the opportunity to be heard with respect to the expiry of the permit.

36. Moreover, the Philadelphia Code requires that a demolition notice be posted at the property for 21 days prior to demolition.

37. No such notice was posted at the property, again denying Plaintiff the ability to be heard with respect to the demolition.

38. Despite the lack of notice of demolition in violation of the Philadelphia Code, the City continued to disregard the Code and took the position at the injunction hearing that the property should be demolished.

39. Under the totality of the circumstances, Plaintiff did not receive adequate notice from L&I in the change of demolition status of the subject property.

40. This was due to the policy or custom of the City.

Case ID: 241201340

**WHEREFORE**, Plaintiff demands judgment in his favor and against Defendants in an amount in excess of fifty thousand dollars ($50,000.00), together with interest, costs, punitive damages, attorney's fees and such other and further relief as this Honorable Court deems just, including equitable injunctive relief.

## Count II
## 42 U.S.C. § 1983
### *Monell*

41. The foregoing paragraphs are hereby incorporated as if set forth fully herein.

42. The Fourth Amendment protects against unreasonable seizures of private property.  U.S. Const. amend IV.

43. The unofficial custom or policy maintained by the City caused Plaintiff to be subjected to an unreasonable seizure in violation of the Fourth Amendment.

44. Under the totality of the circumstances, Plaintiff did not receive adequate notice from L&I in the change of demolition status of the subject property.

45. This was due to the policy or custom of the City.

**WHEREFORE**, Plaintiff demands judgment in his favor and against Defendants in an amount in excess of fifty thousand dollars ($50,000.00), together with interest, costs, punitive damages, attorney's fees and such other and further relief as this Honorable Court deems just, including equitable injunctive relief.

**WEISBERG LAW**

 */s/ David Berlin*
David A. Berlin, Esq.
Matthew B. Weisberg, Esq.
*Attorneys for Plaintiff*

7

Case ID: 241201340

WEISBERG LAW
Matthew B. Weisberg, Esquire
Attorney ID No. 85570
David A. Berlin, Esquire
Attorney ID No. 314400
7 South Morton Ave.
Morton, PA 19070
610-690-0801
Fax: 610-690-0880

SCHAFKOPF LAW LLC
Gary Schafkopf, Esquire
Attorney ID No. 83362
11 Bala Ave
Bala Cynwyd, PA 19004
610-664-5200 Ext 104
Fax: 888-283-1334

*Attorneys for Plaintiff*

| | | |
|---|---|---|
| **JOHN MORENO** | : | PHILADELPHIA COUNTY COURT OF |
| 2947 S. 13 Street | : | COMMON PLEAS |
| Philadelphia, PA 19148 | : | |
| | : | December Term, 2024 |
| Plaintiff | : | No. 241201340 |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA d/b/a** | : | |
| **DEPARTMENT OF LICENSES AND** | : | **Jury of Twelve (12) Jurors Demanded** |
| **INSPECTIONS** | : | |
| 1514 Cecil B. Moore Avenue | : | |
| Philadelphia, PA 19121 | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, David Berlin Esquire, hereby certify that on March 25, 2025 a true and correct copy of

Plaintiff's Complaint was served via e-filing upon the Defendants.

SEAN KIRBY
CITY OF PHILADELPHIA LAW DEPARTMENT
1515 ARCH STREET, 14th Floor
PHILADELPHIA, PA 19102

**WEISBERG LAW**

 */s/ David Berlin*
David A. Berlin, Esq.
Matthew B. Weisberg, Esq.
*Attorneys for Plaintiff*

8

Case ID: 241201340

9

Case ID: 241201340

EXHIBIT A



Filed and Attested by the
Office of Judicial Records
25 MAR 2025 08:12 pm
S. GILLIAM

Case ID: 241201340

 **Department of Licenses and Inspections**
City of Philadelphia

**GOVERNMENT EXHIBIT**

**13**

# ✖ Violation Notice and Order to Corre[ct]

**L&I File Number:**  CF-2022-091808

| RESPONSIBLE PARTY | V2  | DISTRICT OFFICE |
|---|---|---|
| MORENO JOHN | | Contractual Services Unit |
| 2947 S 13TH ST | | 11TH FLR |
| PHILADELPHIA, PA 19148 | | 1401 John F Kennedy Blvd |
| | | Philadelphia, PA 19102 |
| | | 215-686-2480 |

| PROPERTY IN VIOLATION | DATE OF NOTICE |
|---|---|
| 3121 WHARTON ST, Philadelphia, PA 19146-3434 | 09/08/2022 |

On 09/07/2022 the Department of Licenses and Inspections inspected/investigated the property in violation and found the following condition(s) which violate the Philadelphia Code. Based on all or some of these Code violations the property is deemed:

### IMMINENTLY DANGEROUS

The property will remain in this status until all the necessary violations below are corrected and the Department of Licenses and Inspections has verified the corrective action. You are the person responsible for the correction of these violations.

The Department of Licenses and Inspections hereby certifies that the violations at this property create a condition of immediate danger or hazard to health safety and welfare which requires immediate compliance.

If these violations are not corrected before 09/17/2022 the Department will take action as soon as possible to vacate and demolish the imminently dangerous structure.

Any permit or license obtained to comply a violation of working without or in excess of a permit or a license will result in an additional inspection fee equal to the cost of the permit or license. (Phila. Code § A-901.13)

YOU ARE ORDERED TO MAKE REPAIRS AND/OR TAKE THE NECESSARY ACTION TO CORRECT THE CITED CONDITIONS PRIOR TO 09/17/2022

**VIOLATIONS**

| PHILA. CODE § | PHILA. CODE LANGUAGE | CONDITION IN VIOLATION | LOCATION | FINE PER DAY |
|---|---|---|---|---|
| PM15-110.1 | The Department inspected the subject structure and determined it is in imminent danger of collapse you must repair or demolish said structure immediately. When there is imminent danger of failure or collapse of a structure or any part thereof which endangers life, or when any structure or part of a structure has fallen and life is endangered by the occupation of the structure, the code official is authorized and empowered to order and require the occupants to vacate the same forthwith in | Partially collapsed main roof, interior floors, exterior walls | site | $2,000.00 |

Case ID: 230202880



Department of Licenses and Inspections
City of Philadelphia

# ✖ Violation Notice and Order to Correct

**L&I File Number:**   CF-2022-091808

### VIOLATIONS

| PHILA. CODE § | PHILA. CODE LANGUAGE | CONDITION IN VIOLATION | LOCATION | FINE PER DAY |
|---|---|---|---|---|
| | accordance with the cease operations provisions set forth in the administrative code. It shall be unlawful for any person to enter such structure except for the purpose of making the required repairs or demolishing the structure. | | | |
| PM15-304.1(g) | Exterior walls are not anchored to supporting and/or supported elements or are not plumb and free of holes, cracks or breaks and loose or rotting materials, are not properly anchored or are not capable of supporting all nominal loads and resisting all load effects. | Partially collapsed exterior walls, free standing side exterior wall | site | $300.00 |
| PM15-304.1(h) | Roofing or roofing components that have defects that admit rain, roof surfaces with inadequate drainage, or any portion of the roof framing that is not in good repair with signs of deterioration, fatigue or without proper anchorage and incapable of supporting all nominal loads and resisting all load effects. | Partially collapsed main roof | site | $300.00 |
| PM15-305.1(c) | Structures or components thereof that have reached their limit state. | Partially collapsed interior floors | site | $300.00 |
| A-304.1/1 | You are hereby ordered to obtain the services of a Pennsylvania Licensed Professional Engineer to serve as the design professional in responsible charge pursuant to Administrative Code Section A-304, and maintain, at a minimum, the following responsibilities:<br>1)        Immediately assess the structure to determine the extent of the structural defects and submit those findings along with a timeline of corrective actions to the Department.<br>2)        Design and observe the immediate installation of | Engineer required | site | $300.00 |

Case ID: 230202880



**Department of Licenses and Inspections**
**City of Philadelphia**

# ✖ Violation Notice and Order to Correct

**L&I File Number:**   CF-2022-091808

Page 3 of 4

| VIOLATIONS | | | | |
| --- | --- | --- | --- | --- |
| **PHILA. CODE §** | **PHILA. CODE LANGUAGE** | **CONDITION IN VIOLATION** | **LOCATION** | **FINE PER DAY** |
| | temporary protections of the public way and adjacent properties. 3)         Develop a remediation plan, detailing the extent of the required removal and replacement of structural components and temporary shoring required for the remediation. The remediation plan must contain adequate construction details to confirm code compliance as well as provide the responsible contractor with necessary direction in approaching and completing the necessary repairs. 4)Submit such remediation plan with details to the Department along with an application for a building permit. 5)Provide periodic structural observations of the remediation work throughout the repair process. 6)Inform the Department if a condition arises which poses an immediate threat to public safety. 7)Upon completion of the repairs, submit a sealed statement to the Department that the structure has been made safe. 8)Inform the Department if oversight responsibilities are terminated by the owner. | | | |

Case ID: 230202880

 Department of Licenses and Inspections
City of Philadelphia

GOVERNMENT
EXHIBIT

**14**

❌ # Violation Notice and Order to Cor...

**L&I File Number:**   CF-2022-091808

---

 Failure to timely correct the violations listed above by or before the correction date listed above will result in the stated fine amount being imposed against you.  The fines will be imposed on a per day basis for each violation that remains uncorrected AFTER the stated correction date. Phila. Code § A-601.  If you timely correct each violation by the stated correction date, no fines will be due.

In addition to the fines listed above, failure to timely correct the violations will result in:
   - The removal of all occupants and demolition of your property;
   - Labor and material costs for any work performed by the City, such as a demolition; sealing of windows or doors; clearing of weeds, trash or debris; relocation expenses for removing occupants, costs associated with cease operations orders. Such costs are subject to an additional administrative fee of 21% (Phila. Code § A-503);
   - An additional $100 fee for repeat abatement work (Phila. Code § A-503.2); and
   - Reinspection fees as follows: $100 for the third inspection, $200 for the fourth inspection, and $350 for any additional inspections (Phila. Code § A-901.12.2).

---

 YOU HAVE THE RIGHT TO APPEAL THIS NOTICE. YOUR APPEAL MUST BE FILED BY 09/13/2022.

Appeal of this Notice does not extend the time for you to comply nor will it stop any action by the City of Philadelphia.

For more information on filing an appeal and/or to obtain the approved form visit the appeals section of the Department of Licenses and Inspections website at www.phila.gov/li or the Boards Administration Unit, 11th Floor Municipal Services Building, 1401 J.F.K. Blvd., Philadelphia PA.

IF YOU DO NOT TIMELY FILE AN APPEAL THEN YOU WAIVE YOUR RIGHT TO LATER CHALLENGE ANY PART OF THIS NOTICE. This includes waiving your right to argue: whether the violations existed, whether you were responsible to correct the violations, whether you had enough time to correct the violations, whether the City should have abated the violations, and whether the City can impose fines, fees, or costs against you.
IF YOU HAVE ANY LEGAL QUESTIONS YOU SHOULD CONSULT WITH AN ATTORNEY.

If you do not have an attorney, you can contact the Philadelphia Bar Association Referral and Information Line at 215-238-6333 to have an attorney referred to you. You can also find a list of legal aid service providers at http://palegalaid.net/legal-aid-providers-in-pa.

---

 The Philadelphia Code may be found online for free at www.phila.gov under "Open government."

If you have any questions regarding this notice or would like to schedule a re-inspection, please contact: ANTHONY DISABATO by calling the district office phone number noted above.

---

ATTENTION: This is an important notice! For information in your language, call 215-686-8686
ATENCIÓN: ¡Este es un aviso Importante! Para recibir información en su idioma, llame al 215-686-8686
注意：这是重要通知！如果您需要以您的语言获得此信息，请致电 215-686-8686
CHÚ Ý: Đây là thông báo quan trọng! Nếu bạn cần thư này bằng ngôn ngữ khác, vui lòng gọi 215-686-8686
주의: 중요 통지입니다! 이 서신을 귀하의 언어로 받고 싶으시면 215-686-8686번으로 전화하시기 바랍니다
توجہ فرمائیں: یہ ایک ضروری اطلاع نامہ ہے! ترجمے کی خدمات کے لیے 215-686-8686 پر کال کریں
ATTENTION : Cet avis est important ! Si vous avez besoin de cet avis dans une autre langue, appelez le 215-686-8686

EXHIBIT B

Case ID: 241201340

GOVERNMENT
EXHIBIT

**14**



**Department of
Licenses and Inspections**
C I T Y   O F   P H I L A D E L P H I A

# 🏢 Notice of Commercial Building Permit

**Permit Number**  CP-2022-006216

| LOCATION OF WORK | | PERMIT FEE | DATE ISSUED |
|---|---|---|---|
| 3121 WHARTON ST, Philadelphia, PA 19146-3434 | | $361.50 | 12/1/2022 |
| make safe: CF-2022-091808 | | **WORK AREA (SQ. FT.)** | **ESTIMATED COST** |
| | | 750 | $35,000.00 |
| | | **DISTRICT** | |
| | | CENTRAL WEST | |

| PERMIT HOLDER | |
|---|---|
| MORENO JOHN | 2947 S 13TH ST PHILADELPHIA PA 19148 |

| CONTRACTOR | |
|---|---|
| MONSTER PLUMBING | 2947 S 13TH STREET PHILADELPHIA, PA  19148 USA |

**TYPE OF WORK**

Addition and/or Alteration

**OWNER CONTACT 1**

**OWNER CONTACT 2**

**APPROVED SCOPE OF WORK**

Make Safe Permit to address L&I Imminently Dangerous case CF-2022-091808 for Partially collapsed main roof, interior floors, exterior walls by rebuilding partially collapsed exterior wall and by sistering joists that were connected to damaged portion of exterior wall, as per plans, Engineer's Report dated 09/19/2022, and L&I Code Bulletin No. PM-1801; Abutting sidewalk must be closed with fencing a minimum of six (6) feet in height; Separate Streets Department permit required for sidewalk closure; no other work on this permit that does not specifically address case CF-2022-091808; PA professional engineer is required to monitor repairs made under this permit. The engineer must submit a sealed statement to the Department confirming that the structure is in sound condition at completion; any temporary construction, scaffolding, and encroachments shall be removed after final inspection or within 30 days after fulfillment of permit requirements.

 **POST A TRUE COPY OF THIS NOTICE IN A CONSPICUOUS LOCATION ON THE PREMISES**
Permits must be posted for the entire time work approved herein is performed. Zoning Permits shall be posted along each street frontage of the site for not less than (30) calendar days after the date of issuance. Failure to comply will result in the issuance of a Violation.

 TO ANONYMOUSLY REPORT UNSAFE CONDITIONS AT THIS WORK SITE, CALL 311 or 911.

Case ID: 230202880



# 🏢 Commercial Building Permit

**Permit Number**  CP-2022-006216

| LOCATION OF WORK | PERMIT FEE | DATE ISSUED |
|---|---|---|
| | $361.50 | 12/1/2022 |
| 3121 WHARTON ST, Philadelphia, PA 19146-3434 | **WORK AREA (SQ. FT.)** | **ESTIMATED COST** |
| make safe: CF-2022-091808 | 750 | $35,000.00 |
| | **DISTRICT** | |
| | CENTRAL WEST | |

**PERMIT HOLDER**

MORENO JOHN                    2947 S 13TH ST PHILADELPHIA PA 19148

**CONTRACTOR**

MONSTER PLUMBING                    2947 S 13TH STREET PHILADELPHIA, PA  19148 USA

**TYPE OF WORK**

Addition and/or Alteration

**APPROVED SCOPE OF WORK**

Make Safe Permit to address L&I Imminently Dangerous case CF-2022-091808 for Partially collapsed main roof, interior floors, exterior walls by rebuilding partially collapsed exterior wall and by sistering joists that were connected to damaged portion of exterior wall, as per plans, Engineer's Report dated 09/19/2022, and L&I Code Bulletin No. PM-1801; Abutting sidewalk must be closed with fencing a minimum of six (6) feet in height; Separate Streets Department permit required for sidewalk closure; no other work on this permit that does not specifically address case CF-2022-091808; PA professional engineer is required to monitor repairs made under this permit. The engineer must submit a sealed statement to the Department confirming that the structure is in sound condition at completion; any temporary construction, scaffolding, and encroachments shall be removed after final inspection or within 30 days after fulfillment of permit requirements.



**CONDITIONS AND LIMITATIONS:**
• Permits, including Zoning Permits **not** involving development, shall expire if the authorized work or Use is not commenced within, or if work is suspended or abandoned for period of, **six (6) months from the date of issuance** with the following exceptions:
  * **30-days or 10-days** for Permits related to Unsafe or Imminently Dangerous properties respectively.
  * **3-years** from issuance or date of decision by ZBA for Zoning Permits involving development.
  * **60-days** for Plumbing, Electrical or Fire Suppression Rough-In Approvals.
  * Any Permit issued for construction or demolition is valid for no more than **five (5) years.**
• All provisions of the Philadelphia Code must be complied with, whether specified herein or not. This permit does NOT constitute approval of any Violation of such Code.
• The issuance of this CO/permit does not affirm that the subject property is federally compliant with the Americans with Disabilities Act. Owner remains responsible for ensuring property complies with all local, state and federal requirements.

Case ID: 230202880



# 🏢 Commercial Building Permit

**Permit Number**  CP-2022-006216

This permit requires the following inspections. Inspections may be requested by calling (215)255-4040.

Special Inspections are required for the work proposed for this Permit. Contractor shall notify all Special Inspection Agencies retained by the Permit Holder prior to commencement of any work requiring Special Inspections per the Special Inspections Duties and Responsibilities Agreement Form.

| CODE | DESCRIPTION |
|------|-------------|
| 001  | Initial Site Inspection |
| 018  | Make Safe Initial Inspection |
| 103  | Foundation Footing Inspection |
| 201  | Underslab Inspection |
| 309  | In Wall Framing Inspection |
| 401  | Insulation Inspection |
| 501  | Wallboard Inspection |
| 701  | Final Inspection |
| 711  | Make Safe Final Inspection |

 **RIGHT OF ENTRY:** SECTION A-401 AUTHORIZES THE DEPARTMENT TO INSPECT THE CONSTRUCTION ASSOCIATED WITH THIS PERMIT. The Department may charge a Reinspection Fee if: (1) the work has not been performed in accordance with the Code; (2) the work is not ready for inspection; or (3) access to the work to be inspected is not provided.

This permit is subject to the following conditions.

**CONDITIONS**

This permit's responsible contractor must keep the permit updated on eCLIPSE with the name of each subcontractor that has performed any of the work described in the permit's approved scope of work. This is required within three business days of the start of any work. Failure to keep the permit updated in eCLIPSE may result in the Department issuing a license violation of 9-1004(8)(a)(.3) to the responsible contractor. That violation will result in a fine of $2,000. For instructions on associating a subcontractor with a permit and other eCLIPSE guidance, see our eCLIPSE help page: phila.gov/li/eclipse-help.

⚠️ **Tax Exemption(Abatement):** Information and applications for Real Estate Tax Abatement for new construction and improvements available from the Office of Property Assessment www.phila.gov/opa, 215-686-4334, 601 Walnut St., 300W, Phila, PA 19106. Applications for new construction and commercial improvements due within 60 days of permit issuance. Residential rehab and builder/developer applications due by Dec 31 of year of permit issuance.

EXHIBIT C

Case ID: 241201340

Person Filing this Document: _John Moreno_

Street Address: _2947 S 13 Street_ (Name)

City, State, Zip Code: _Philadphia PA 19148_

Telephone: _267-577-1888_

Email Address: _monsterPlumber.mp@gmail.com_

2023 JAN 30 AM 10:55

**IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY**
**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**TRIAL DIVISION - CIVIL**

John Moreno ions

Vd

_____
Plaintiff

MTEMG-Moreno Vs Dept Of License

Case Number

23010288300005

| For Court Use Only |
|---|
| [ ] Non-Emergency Motion |
| [ ] Emergency Motion |

v.

L And I

SClphty PA 19146

ndant

017498

**MOTION TO STAY DEMOLITION**

1. My name is: _John Moreno_

2. I am the: (*Check all that apply*)

    [ ] Plaintiff   [ ] Defendant   [ ] Occupant   [ ] Other: _____

3. I currently live at: _2947 S 13 S Philadpha PA 19148_

    *Address (Street, City, State, Zip Code)*

*This court form is intended for non-attorneys only*

Case ID: 241201340

4. The property that is scheduled for demolition by the City of Philadelphia Department of Licenses and Inspections is located at:

3121 Wharton St. Philadpha. PA 19146

*Address (Street, City, State, Zip Code)*

5. The following statements are true: *(Check all that apply)*

[✓] I am the owner of the property that is scheduled for demolition.

[✓] My name is on the current deed to the property.

[ ] I am not the owner of the property.

a. If you are not the owner of the property or the deed to the property is not in your name, explain your relationship to the property owner whose name is on the deed. *(If you need more space, you can add additional pages to this document.)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*This court form is intended for non-attorneys only*

*Motion to Stay Demolition 1/23/23*

Case ID: 241201340

6. The reason(s) I am asking for court to delay demolition on the property is because:
*(If you need more space, you can add additional pages to this document.)* **After you explain your reasons, attach any documents that will help explain why your reasons should be considered by the Court to the end of this Complaint. Examples include professional reports, such as engineer or architect reports, and pictures.**

Because ~~Am, I am~~ working on the property with the Aproved plans and the of the

I am working ~~and started~~ on the Property with the Aproved engineered plans But ther was a miss ~~communication~~ communication with scheduling

*This court form is intended for non-attorneys only*

*Motion to Stay Demolition 1/23/23*

Case ID: 241201340

7. According to the City of Philadelphia Department of Licenses and Inspections, there are outstanding violations on the property that have **not** been satisfied. (*Check below if this statement applies to you):*    [  ] YES  [✓] NO  (*If yes, give details below.*)

a. The outstanding violations on the property are: (*List the violations. If you need more space, you can add additional pages to this document.*)

_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____

b. I have tried to satisfy or comply with the outstanding violations by: (*Explain in full detail below with dates. If you need more space, you can add additional pages to this document.*) **After you explain your reasons, attach any documents that will help explain why your reasons should be considered by the Court to the end of this Complaint. Examples include professional reports, such as engineer or architect reports, and pictures.**

_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____

Case ID: 241201340

8. I am asking the court to delay the demolition until: *(Check all that apply)*

[ ] A certain date: *(List date)*_____

[ / ] A certain event happens: *(List event)* _my work is complete_
_on the property_____

_____

_____

a. During the delay, I will do the following: *(Explain in full detail below with dates.*
*If you need more space, you can add additional pages to this document.)*

_All the plans that was given to me And_
_Comunicte with the inspector_

*This court form is intended for non-attorneys only*

*Motion to Stay Demolition 1/23/23*

9. If the demolition is **not** delayed or stopped, the following things will happen:
(*Explain what will happen if the demolition is not delayed or stopped. If you need more space, you can add additional pages to this document.*)

AS of Now the propnt is safc As the prvnts where glver form the city ot Phitrdpha

10. Based on the information that I have provided in this document, I would like the court to: (*Check all that apply*)

[✓] Delay demolition on the property located at:

3121 Wharton Phhdph PA 19146

*Address (Street, City, State, Zip Code)*

[ ] Other: (*Explain in full detail below. If you need more space, you can add additional pages to this document.*)

*This court form is intended for non-attorneys only*

*Motion to Stay Demolition 1/23/23*

Case ID: 241201340

11. I am filing this document as an emergency motion.  (*Check below if this statement applies to you*):      [✓ ] YES   [  ] NO    (If "yes," give details below)

a.   The reason why this document is an emergency is because: (*If you need more space, you can add additional pages to this document.*)

To complete the work that need to be done as the Aproval plaine Show

WHEREFORE, the Plaintiff(s) respectfully requests the Court grant an injunction pursuant to Pa.R.C.P. 1531 staying demolition of the Subject Property.

Date: 2/20/2023

By: _____
Signature

John Morcan
Print Name

2947 S 13 street
Street Address

Philadphia PA 19148
City, State, Zip Code

*This court form is intended for non-attorneys only*

*Motion to Stay Demolition 1/23/23*

Case ID: 241201340

## VERIFICATION

I, _John Moreno_ , the [✓] Plaintiff [ ] Defendant
(Name)

in this case, verify that the facts set forth in the foregoing are true and correct to the best of my information, knowledge and belief.

I understand that the statements contained herein are subject to the Penalties of 18 Pa.C.S.A., Section 4904 relating to unsworn falsification to authorities.

_John Moreno_
(Print Name)

_[signature]_
(Signature)

Date: _1/30/2023_

*This court form is intended for non-attorneys only*

*Motion to Stay Demolition 1/23/23*

Case ID: 241201340

## CERTIFICATION OF SERVICE

I, _John Moreno_____, HEREBY CERTIFY that on

_1/30/2023_____ , a true and correct copy of the attached Motion/Petition, was
  (Date)

or will be served to the following individuals at the addresses listed below:

Name: _Licenses And inspection_____
Address: _1401 JFK Blvd_____
Address: _____
City, State, Zip Code: _Philadphn PA 19102_

Name: _____
Address: _____
Address: _____
City, State, Zip Code: _____

Name _____
Address: _____
Address: _____
City, State, Zip Code: _____

The attached Motion/Petition was or will be served to these individuals by: *(Check all that apply)*

[✓] U.S. Mail   [✓] Fax   [✓] Hand Delivery   [ ] Other_____

_1/30/2023_____
  (Date)

_John Moreno_____
  (Print Name)

_____
  (Signature)

*This court form is intended for non-attorneys only*

*Motion to Stay Demolition 1/23/23*

Case ID: 241201340

**IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY**
**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**TRIAL DIVISION - CIVIL**

John Moreno

_____ _____     Case Number _____
                            Plaintiff

         v.

L And I

_____ _____
                          Defendant


## PROPOSED RULE

AND NOW, this ___ day of _____, _____, upon consideration of the foregoing Petition to Stay, a RULE is hereby entered upon the Respondent to show cause why the relief requested therein should not be granted.

RULE RETURNABLE on the _____ day of _____, _____, at _____ a.m./p.m., in Courtroom _____, City Hall, Philadelphia, PA 19107.


                                              BY THE COURT:


                                      _____
                                               J.

Case ID: 241201340

## IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY
## FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
## TRIAL DIVISION - CIVIL

_____ _____        Case Number _____
                    Plaintiff

        v.


_____ _____                        **017498**
                    Defendant


## PROPOSED ORDER

AND NOW, this ___ day of _____, _____, upon consideration of the Petition to Stay, and any response thereto, it is ORDERED and DECREED that the stay is GRANTED. _____

_____ _____
_____ _____
_____ _____
_____ _____


                                    BY THE COURT:


                                    _____
                                                J.

Case ID: 241201340