```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN MORENO                      :        CIVIL ACTION
                                 :
          v.                     :
                                 :
CITY OF PHILADELPHIA, et al.     :        NO. 25-2030
```

## ORDER

AND NOW, this 8th day of September, 2025, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of the City of Philadelphia and Thomas Rybakowski to dismiss plaintiff's amended complaint (Doc. # 16) is GRANTED.

                              BY THE COURT:


                              /s/  Harvey Bartle III
                                                    J.